JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON DOUGLAS KING,<br><br>  Petitioner,<br><br>  v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>  Respondent. | NO. CV 09-07765 RSWL (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 26, 2009

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
Senior, Us District Court Judge